# In The United States Court of Federal Claims

No. 11-711C

(Filed: June 14, 2012)

_____

MODERN IMAGING SOLUTIONS,
INC.,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

    A telephonic oral argument on defendant's motion to dismiss will be held in this case on July 24, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

                                                                    <u>s/ Francis M. Allegra</u>
                                                                    Francis M. Allegra
                                                                    Judge