# In The United States Court of Federal Claims

No. 11-711C

(Filed: July 20, 2012)

_____

MODERN IMAGING SOLUTIONS,
INC.,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      The telephonic oral argument on defendant's motion to dismiss that was originally scheduled for July 24, 2012, has been rescheduled for Wednesday, August 15, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled argument time.

      **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                          Judge