# In The United States Court of Federal Claims

No. 11-711C

(Filed: August 16, 2012)

_____

MODERN IMAGING SOLUTIONS,
INC.,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

      Today, the court held a telephonic oral argument on defendant's motion to dismiss plaintiff's complaint. For the reasons provided at the conclusion of that argument, defendant's motion is hereby **DENIED.** Accordingly:

1. On or before August 31, 2012, plaintiff shall file a motion to amend its complaint; and

2. On or before September 18, 2012, the parties shall file a joint status report indicating how this case should proceed, along with a proposed schedule for discovery.

**IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge