# In The United States Court of Federal Claims

No. 11-711C

(Filed: September 14, 2012)
_____

MODERN IMAGING SOLUTIONS, INC.,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.
_____

**ORDER**
_____

On September 13, 2012, the parties filed a joint status report proposing a schedule for further proceedings in this case. Accordingly, the case shall proceed as follows:

1. On or before September 24, 2012, defendant shall file its answer;

2. On or before October 15, 2012, the parties shall file a joint preliminary status report;

3. On or before November 2, 2012, the parties shall exchange initial disclosures;

4. On or before April 29, 2013, fact discovery shall conclude; and

6. On or before May 13, 2013, the parties shall file a joint status report proposing further proceedings and stating whether expert discovery is necessary or whether either party intends to file a motion for summary judgment, and if so, proposing a schedule for such a filing.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge