# In The United States Court of Federal Claims

No. 11-711C

(Filed: May 16, 2013)

_____

MODERN IMAGING SOLUTIONS, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 13, 2013, the parties filed a joint status report requesting an enlargement of time for fact discovery. Accordingly, the case shall proceed as follows:

1. On or before July 22, 2013, fact discovery shall conclude; and

2. On or before August 5, 2013, the parties shall file a joint status report proposing further proceedings and stating whether expert discovery is necessary or whether either party intends to file a motion for summary judgment, and if so, proposing a schedule for such a filing.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge