# In The United States Court of Federal Claims

No. 11-711C

(Filed: October 10, 2013)

_____

MODERN IMAGING SOLUTIONS, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On October 9, 2013, defendant filed an unopposed motion to suspend the parties' obligation to file joint status reports until seven days after the lapse in appropriations for the Department of Justice ends. That motion is hereby **GRANTED**, in part. On or before October 22, 2013, the parties shall file, under seal, their next joint status report. Subsequent status reports shall be filed every 28 days thereafter.

      **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge